IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| STEVEN C. LOGSDON, | |
|---|---|
| Plaintiff, | 8:15-CV-232 |
| vs. | ORDER |
| BNSF RAILWAY COMPANY and ANDREW CALLAHAN, | |
| Defendants. | |

This matter is before the Court on the parties' stipulation of dismissal with prejudice of Count III of the plaintiff's complaint (filing 62), which was asserted against the defendant Andrew Callahan. The motion will be granted.

IT IS ORDERED:

1. The stipulation of dismissal with prejudice of Count III of plaintiff's complaint (filing 62) is granted.

2. The claim in Count III of the plaintiff's complaint is dismissed with prejudice.

3. The parties shall bear their own costs and fees with respect to that claim.

4. Andrew Callahan's motion for summary judgment (filing 56) is denied as moot.

5. Andrew Callahan is terminated as a party to this case.

Dated this 4th day of February, 2016.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge