IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN C. LOGSDON,<br><br>                  Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>                  Defendant. | 8:15-CV-232<br><br>MEMORANDUM AND ORDER |

      This matter is before the Court on the defendant's objection (filing 133) to the Magistrate Judge's Memorandum and Order, both initially and on reconsideration (filing 111; filing 132), regarding the plaintiff's motion to compel (filing 82). The defendant's objection will be overruled.

      The plaintiff moved to compel discovery of materials used to educate and train certain management officials employed by the defendant.[1] Specifically, the plaintiff requested, among other documents, "a copy of the actual training materials/training module used in Gillette, Wyoming to train certain BNSF employees . . . on the FRSA/OSHA whistleblower laws[.]" Filing 111 at 2. The defendant objected to this request, claiming that the document was protected by attorney-client privilege and was, in any event, irrelevant to the plaintiff's underlying claim. *See* filing 90 at 2. The Magistrate Judge overruled the defendant's objection, both initially and on reconsideration, concluding in part that the document "do[es] not provide specific legal advice and disclosure will not reveal confidential client communications." Filing 111 at 4.

      The defendant objects to the Magistrate Judge's orders, reiterating its position regarding relevance and attorney-client privilege. However, having reviewed the record for clear error, 28 U.S.C. § 636(b)(1)(A), the Court finds no basis for departing from the Magistrate Judge's findings and recommendation. Accordingly,

---

[1] The plaintiff sought several training-related documents, which the Magistrate Judge granted in part, and denied in part. Filing 111. However, the underlying objection only pertains to the plaintiff's "Request for Production No. 45", and more specifically, to a 2015 "Law Department" presentation, which the Court has reviewed. *See* Filing 133 at 1.

- 2 -

IT IS ORDERED

1. The defendant's objection (filing 133) is overruled.

2. The defendant's motion to stay (filing 134) is denied as moot.

Dated this 17th day of February, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge