IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN C. LOGSDON,<br><br>                Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a corporation;<br><br>                Defendant. | **8:15CV232**<br><br>**ORDER** |

After conferring with counsel, the progression order is amended as follows,

IT IS ORDERED:

1) The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on August 28, 2017, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.  Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on July 18, 2017 at **10:00 a.m.**, and will be conducted by internet/telephonic conferencing.  Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on July 11, 2017.

3) The deadline for Rule 26(a)(3) Pretrial Disclosures is July 11, 2017.

4) The deadline for counter-designations and objections to pretrial disclosures is July 25, 2017.

2

5) Motions in limine shall be filed August 21, 2017.

6) The deadline for trial briefs and jury instructions is August 21, 2017.

Dated this 31st day of March, 2017.

>BY THE COURT:
>
>*s/ Cheryl R. Zwart*
>United States Magistrate Judge