IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN C. LOGSDON, | |
| Plaintiff, | 8:15-CV-232 |
| vs. | |
| BNSF RAILWAY COMPANY, | ORDER |
| Defendant. | |

This matter is before the Court on the plaintiff's objection to the Magistrate Judge's March 21, 2017 Order granting the defendant's motion for separate trials. After reviewing the record, the Court finds that the Magistrate Judge's Order was not clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a); *see* 28 U.S.C. § 636(b)(1)(A). Accordingly, the plaintiff's objection (filing 153) is overruled.

Dated this 20th day of April, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge