IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN C. LOGSDON, | |
| Plaintiff, | 8:15-CV-232 |
| vs. | |
| BNSF RAILWAY COMPANY, | ORDER |
| Defendant. | |

This matter is before the Court on the defendant's objection to the Magistrate Judge's April 19, 2017 Order denying the defendant's motion for an amended protective order and non-wavier of privilege. After reviewing the record, the Court finds that the Magistrate Judge's Order was not clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a); *see* 28 U.S.C. § 636(b)(1)(A). Accordingly, the defendant's objection (filing 158) is overruled.

Dated this 16th day of May, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge