IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN C. LOGSDON, | |
| Plaintiff, | 8:15-CV-232 |
| vs. | JUDGMENT |
| BNSF RAILWAY COMPANY, | |
| Defendant. | |

For the reasons set forth on the record, judgment is entered for the defendant and against the plaintiff, and the plaintiff's complaint is dismissed with prejudice.

Dated this 30th day of August, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge